UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **In Re:** | **Chapter 11 Bankruptcy** <br> Case N° **04 B 71434** |
| **Rockford Properties, Inc.** <br> **Debtor.** | **Chapter 11 Bankruptcy** <br> Case N° **04 B 71433** |
| **Jerry & Carolyn Flaming** <br> **Debtor** | |

### NOTICE OF HEARING

     **PLEASE TAKE NOTICE** that on September 28, 2005, at 10:30 a.m. or as soon thereafter as we may be heard, we shall appear before Judge Manuel Barbosa or any other judge presiding in Room 115, 211 South Court Street, Rockford, Illinois, for a hearing on the Application for Final Compensation in the Rockford Properties case, seeking $33,930.00 for services rendered from November 9, 2004 through August 3, 2005.

Ritz & Laughlin, Ltd., Applicant
Attorneys for the Debtor in Possession
728 North Court Street
Rockford, Illinois  61103
Telephone:     815/968-1807
Facsimile:     815/961-1917

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **In Re:** | **Chapter 11 Bankruptcy** <br> Case N° **04 B 71434** |
| **Rockford Properties, Inc.** <br> **Debtor.** | **Chapter 11 Bankruptcy** <br> Case N° **04 B 71433** |
| **Jerry & Carolyn Flaming** <br> **Debtor** | |

**Final Application for Compensation in the Rockford Properties Case**

On Ritz & Laughlin, Ltd. (Applicant), attorney for Rockford Properties, Inc, submits its Final Application for Fees and Expenses pursuant to § 330 of the Bankruptcy Code and Bankruptcy Rule 2016.

1. Rockford Properties, Inc filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on March 17, 2004. Shortly thereafter the Applicant was approved by order of the Court to be employed as attorneys for the debtor in possession.

2. On June 23, 2004, the Applicant was awarded $29,920.25. for services rendered from March 17, 2004 through April 30, 2004.

3. On December 15, 2004 the Applicant was awarded $58,365.00 for services rendered from May 1, 2004 through November 8, 2004.

4. On August 3, 2005 the Chapter 11 case was converted to a case under Chapter 7.

5. The Applicant makes this Final application for Compensation for services rendered from November 9, 2004 to August 3, 2005.

### Project: General

| Attorney | Hours | Rate | |
|---|---|---|---|
| Ritz | 2.80 | $225.00 | $630.00 |

### Project: Disclosure Statement

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 3.80 | $ 225.00 | $855.00 |

Detailed time and expense records for this Disclosure Statement Project are attached.

### Project: Plan of Reorganization

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 20.60 | $ 225.00 | $4,635.00 |

. Detailed time and expense records for this Plan of Reorganization Project are attached.

**Project: National Loan Investors**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 11.70 | $ 225.00 | $2,632.50 |

National Loan Investors purchased the mortgages of Fifth Third Bank who held the mortgages when this case started. Detailed time and expense records for this Plan of Reorganization Project are attached.

**Project: Internal Revenue Service**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 19.40 | 225.00 | $4,365.00 |

Detailed time and expense records for this Project are attached.

**Project: Union Savings Bank**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 18.60 | $ 225.00 | $4,185.00 |

**Project: Mortgage Electronic Filing**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | .40 | $ 225.00 | $90.00 |

**Project: Barfield**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 7.40 | $ 225.00 | $1,665.00 |

**Project: Confirmation**

3

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 3.40 | $ 225.00 | $1,665.00 |
| Laughlin | .80 | $ 225.00 | $180.00 |
| | | | $1,845.00 |

### Project: Headquarters Building

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 5.30 | $ 225.00 | $1,192.50 |
| Laughlin | .80 | $ 225.00 | $180.00 |
| | | | $1,372.50 |

### Northwest Bank

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 11.90 | $ 225.00 | $2,677.50 |

### Castle Bank

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 5.70 | $ 225.00 | $1,282.50 |

### Commercial Mortgage

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 4.60 | $ 225.00 | $1,035.00 |

### Project: Compensation

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 6.50 | $ 225.00 | $1,462.50 |

Detailed time and expense records for this Project are attached.

**Project: Tax Sales**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 5.50 | $ 225.00 | $1,237.50 |
| Laughlin | .30 | $ 225.00 | $67.50 |
| | | | $1,935.00 |

Many properties of the debtor were sold for taxes. The debtor considered redemptions from the tax sales and also considered treating these as claims pursuant to a plan of reorganization. Detailed time and expense records for this Project are attached.

**Project: Utilities**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | .50 | $ 225.00 | $112.50 |

**Project: Campbell**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 4.90 | $ 225.00 | $1,102.50 |

Detailed time and expense records for this Project are attached.

The total time spent by the Applicant from November 9, 2004 to August 3, 2005, the date of conversion to Chapter 7, was 150.8 hours. Kenneth Ritz worked 124.9 hours and Thomas Laughlin worked 25.9 hours. Hourly rates are $225.00 for Kenneth Ritz and $225.00 for Thomas Laughlin.

WHEREFORE, Applicant prays that it be awarded $33,930.00 for services rendered from November 9, 2004 through August 3, 2005.

Ritz & Laughlin, Ltd.
Attorneys for the debtor in possession

By _____
    Kenneth F. Ritz

5

Illinois Bar 02347083

728 North Court Street
Rockford, IL 61103
815-968-1807
815-961-1917 Fax